UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Harold Benny Jewell,

Petitioner,

vs. ORDER

Richardo Chavez,
Warden,

Respondent. Civ. No. 01-593 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of May, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus, filed on April 30, 2001, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

That the Petitioner shall have until **May 29, 2001,** in which to respond, should he so choose, to the Respondent's submission to the

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE