UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Harold Benny Jewell,

Petitioner,

v.

ORDER
Civil No. 01-593(MJD/RLE)

Ricardo Chavez, Warden,
F.P.C. Duluth,

Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated August 27, 2001. Petitioner filed an untimely request for an extension to file objections to the Report and Recommendation. In addition, Petitioner has not shown good cause for such extension, and thus such request must be denied.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated August 27, 2001.

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 19 2001
DEPUTY CLERK

IT IS HEREBY ORDERED that Petitioner's Request to For an Extension to File Objections is DENIED. The Petition for a Writ of Habeas Corpus [Docket No. 1] is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: Sept. 19, 2001

Michael J. Davis
United States District Court