# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Harold Benny Jewell

Plaintiff

v.

Ricardo Chavez, Warden
F.P.C. Duluth

Defendants

Case No. Civil 01-593 MJD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's request fo for an extension to file objections is denied. The Petition for a writ of habeas corpus is dismissed.

DATE: September 19, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk